DAVID ROGER
District Attorney
State Bar No. 002781
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 003176
500 South Grand Central Pkwy., 5th Flr.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
Telephone: (702) 455-4761
Facsimile:  (702) 382-5178
*Attorneys for Defendant CLARK COUNTY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH WEBER,

          Plaintiff,

vs.

CLARK COUNTY, NEVADA; JACOB TRANSPORTATION SERVICES, LLC, D/B/A EXECUTIVE LAS VEGAS; BENTLEY TRANSPORTATION SERVICES, LLC, D/B/A/ EXECUTIVE COACH AND CARRIAGE AND EXECUTIVE LIMOUSINE; DOES I through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive.

          Defendants.

Case No. 2:10-cv-01990-KJD-LRL

**SUBSTITUTION OF ATTORNEYS**

        Defendant, CLARK COUNTY, hereby substitutes MARGARET G. FOLEY, ESQ., of the law firm of BUCKLEY KING, 10655 Park Run Drive, # 190, Las Vegas, Nevada 89144-4591, (702) 727-2930, as attorney of record in place and stead of DAVID ROGER, District Attorney, by

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  STEPHANIE A. BARKER, Chief Deputy District Attorney, of the Clark County District Attorney's
2  Office, Civil Division, 500 South Grand Central Parkway, P. O. Box 552215, Las Vegas, Nevada
3  89155-2215, (702) 455-4761.  I consent to this substitution.

    DATED this ___ day of June, 2011.

                                    DAVID ROGER
                                    DISTRICT ATTORNEY

                                    By: _____
                                    STEPHANIE A. BARKER
                                    Chief Deputy District Attorney
                                    State Bar No. 003176
                                    State Bar No. 004434
                                    P. O. Box 552215
                                    Las Vegas, Nevada 89155-2215
                                    *Attorney for Defendant*
                                    *CLARK COUNTY*

I am duly admitted to practice in this District.  Above substitution accepted.

DATED this ___ day of June, 2011.

                                    BUCKLEY KING

                                    By: _____
                                    MARGARET G. FOLEY, ESQ.
                                    State Bar No. 007703
                                    10655 Park Run Drive, 190 Astoria Bldg.
                                    Las Vegas, Nevada 89144-4591
                                    (702) 727-2930
                                    FAX: (702) 240-5900

Please check one: __✓__ RETAINED, or _____ APPPOINTED BY THE COURT.

                                    APPROVED:

DATED: June 30, 2011                _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this _29th_ day of _June_, 2011, I served the foregoing **SUBSTITUTION OF ATTORNEYS**, by depositing a copy thereof in the United States Mail, postage pre-paid, at Las Vegas, Nevada, addressed as follows:

> Phillip P. Owens, II
> Nevada Bar No. 9142
> P.O. Box 5888
> Edmond, OK 73083-5888
> Attorneys for **Plaintiff**
> KEITH WEBER

_/s/ M.M._
An employee of ~~the Clark County District Attorney – Civil Division~~
Buckley King LPA