UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KEITH WEBER,

    Plaintiff,

vs.

CLARK COUNTY, NEVADA, *et l.*,

    Defendant,

2:10-cv-1990-KJD–RJJ

O R D E R

IT IS HEREBY ORDERED that the Joint Discovery Plan and Scheduling Order (#33) is amended as follows:

1.     Discovery cut-off date    Dec. 9, 2011
2.     Amend pleadings and adding parties    Sept. 12, 2011
3.     Rebuttal expert disclosures    Nov. 10, 2011

IT IS FURTHER ORDERED that all other dates contained in the Joint Discovery Plan and Scheduling Order (#33) (adopted by the Court Aug. 11, 2011), remain unchanged.

DATED this __12th__ day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge