UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH WEBER,<br><br>          Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, JACOB TRANSPORTATION SERVICES, LLC, *et al.*,<br><br>          Defendant. | 2:10-cv-1990-KJD-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on January 10, 2012, and March 12, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   7th   day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge